IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL SOPSHIRE                                                                                    PLAINTIFF

V.                              CIVIL ACTION NO. 2:15-cv-2216-MEF

CAROLYN W. COLVIN, Commissioner,
Social Security Administration                                                                  DEFENDANT

## FINAL JUDGMENT

This cause is before the Court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration denying her claim for disability benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c). The Court, having reviewed the administrative record, the briefs of the parties, the applicable law, and having heard oral argument, finds as follows, to-wit:

Consistent with the Court's ruling from the bench following the parties' oral argument, the decision of the Commissioner of Social Security is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

The Court finds that remand is necessary to allow the ALJ to reconsider the severity of the Plaintiff's mental impairments and the resulting RFC. On remand, the ALJ is directed to reconsider the opinion evidence of Drs. Norwood and Wright, Ms. Sinclair, and Mr. Rust. If the ALJ intends to discount those opinions, he should state in detail the reasons supporting the decision to do so. The ALJ is further directed to reconsider his credibility analysis. Again, if he intends to discredit

the credibility of the Plaintiff's subjective complaints, he should state in detail the good reasons that support his decision to do so.

IT IS SO ORDERED AND ADJUDGED on this the 18th day of October, 2016.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE